Fill in this information to identify the case:

United States Bankruptcy Court for the:

District of Puerto Rico

Case number (if known): _____    Chapter ___7___

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | FERRETERIAS DEL CARIBE, LLC |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

_____

_____

_____

_____

**3. Debtor's federal Employer Identification Number (EIN)**    6  6 – 0  9  8  9  0  0  9

**4. Debtor's address**

**Principal place of business**

AVE. 65 INFANTERIA KM 5.5, ESQ. LUIS F. MACHICOTE
Number         Street

San Juan, PR 00936
City                          State      ZIP Code

San Juan
County

**Mailing address, if different from principal place of business**

URB. COSTA DE ORO

CALLE C, D76
Number         Street

Dorado, PR 00646
City                          State      ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number         Street

_____
City                          State      ZIP Code

**5. Debtor's website (URL)** _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor ___FERRETERIAS DEL CARIBE, LLC_____ Case number (if known) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

    4   4   4   1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                   MM / DD / YYYY

        District _____ When _____ Case number _____
                                   MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

        District _____ When _____
                                                  MM / DD / YYYY

        Case number, if known _____

Debtor    FERRETERIAS DEL CARIBE, LLC _____    Case number *(if known)* _____
      Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>    What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number    Street<br><br>_____<br><br>_____<br>    City        State    ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br>☐ Yes.  Insurance agency _____<br>            Contact name _____<br>            Phone _____ |

**◼ Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49    ☐ 50-99      ☐ 1,000-5,000    ☐ 5,001-10,000      ☐ 25,001-50,000    ☐ 50,000-100,000<br>☐ 100-199    ☐ 200-999      ☐ 10,001-25,000            ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000      ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000      ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000      ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million      ☐ More than $50 billion |

Debtor ___FERRETERIAS DEL CARIBE, LLC_____   Case number *(if known)*_____
    Name

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/15/2024
          MM/ DD/ YYYY

**X** /s/ RAFAEL VELEZ DOMINGUEZ              RAFAEL VELEZ DOMINGUEZ
  Signature of authorized representative of debtor         Printed name

Title            PRESIDENT

**18. Signature of attorney**

**X**     /s/ Alexis Fuentes-Hernandez         Date   02/15/2024
  Signature of attorney for debtor                 MM/ DD/ YYYY

  Alexis Fuentes-Hernandez
  Printed name

  Fuentes Law Offices, LLC
  Firm name

  P.O. Box 9022726
  Number      Street

  San Juan           PR     00902-2726
  City           State     ZIP Code

  (787) 722-5215         fuenteslaw@icloud.com
  Contact phone         Email address

  217201          PR
  Bar number        State

Fill in this information to identify the case:

Debtor name      FERRETERIAS DEL CARIBE, LLC

United States Bankruptcy Court for the:

         District of Puerto Rico

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration   STATEMENT OF FINANCIAL AFFAIRS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/15/2024
       MM/ DD/ YYYY

X /s/ RAFAEL VELEZ DOMINGUEZ
Signature of individual signing on behalf of debtor

RAFAEL VELEZ DOMINGUEZ
Printed name

PRESIDENT
Position or relationship to debtor

Fill in this information to identify the case:

Debtor Name **FERRETERIAS DEL CARIBE, LLC**

United States Bankruptcy Court for the: District of **Puerto Rico**
(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **BANCO POPULAR** | **Checking account** | 3 7 3 4 | $2,336.91 |
| 3.2. | **ORIENTAL BANK** | **Checking account** | 6 5 5 2 | $1,347.44 |

4. **Other cash equivalents** *(Identify all)*

| | | |
| --- | --- | --- |
| 4.1 | **BANCO POPULAR** | $0.00 |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$3,684.35** |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | | |
| --- | --- | --- |
| 7.1 | **INVERSIONES MG** | $14,026.04 |

Debtor    **FERRETERIAS DEL CARIBE, LLC**
          Name                                                              Case number *(if known)* _____

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1  _____          _____

   8.2  _____          _____

9. **Total of Part 2**                                                          | $14,026.04 |

   Add lines 7 through 8. Copy the total to line 81.

---

| **Part 3:** | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |

11. **Accounts receivable**

    11a. 90 days old or less:  _____  -  _____  =.....➡        _____
                               face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:        $2,870.51       -      $0.00       =.....➡        $2,870.51
                               face amount          doubtful or uncollectible accounts

12. **Total of Part 3**                                                          | $2,870.51 |

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

| **Part 4:** | **Investments** |

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1  _____          _____    _____

    14.2  _____          _____    _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                    % of ownership:

    15.1. _____    _____    _____    _____

    15.2. _____    _____    _____    _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

---

Debtor    **FERRETERIAS DEL CARIBE, LLC**                                    Case number *(if known)* _____
Name

| | | |
|---|---|---|
| 16.1 _____ | _____ | _____ |
| 16.2 _____ | _____ | _____ |

17.  **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

| |
|---|
| |

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| HARDWARE STORE MATERIALS | MM / DD / YYYY | $679,303.43 | _____ | unknown |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23.  **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

| |
|---|
| |

24.  **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes.  Book value _____ Valuation method _____ Current value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| Debtor | FERRETERIAS DEL CARIBE, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |
| **33.** **Total of Part 6** Add lines 28 through 32. Copy the total to line 85. | | | _____ |

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |

Debtor    **FERRETERIAS DEL CARIBE, LLC**
          Name                                              Case number *(if known)* _____

| | | |
|---|---|---|
| | | |

**40.** **Office fixtures**

    FIXED ASSETS                            $367,163.24                           unknown

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**

**42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

    42.1 _____

    42.2 _____

    42.3 _____

**43.** **Total of Part 7**

    Add lines 39 through 42. Copy the total to line 86.

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No

    ☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    47.1 _____

    47.2 _____

    47.3 _____

    47.4 _____

**48.** **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1 _____

Debtor   **FERRETERIAS DEL CARIBE, LLC**
Name                                                         Case number *(if known)*

| | | | |
|---|---|---|---|
| 48.2 _____ | _____ | _____ | _____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | _____ | _____ | _____ |
| 49.2 _____ | _____ | _____ | _____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **COMPUTERS, REGISTERS, DESKS, PRINTERS, SCANNERS** | **unknown** | _____ | **unknown** |

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **HARDWARE STORE / AVE. 65 INFANTERIA, KM 5.5, LUIS F. MACHICOTE San Juan, PR 00936-0372** | **Lease** | **unknown** | | **unknown** |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

Debtor    **FERRETERIAS DEL CARIBE, LLC**      Case number *(if known)* _____

      Name

---

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| | _____ | _____ | _____ |
| **61.** **Internet domain names and websites** | | | |
| | _____ | _____ | _____ |
| **62.** **Licenses, franchises, and royalties** | | | |
| | _____ | _____ | _____ |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| | _____ | _____ | _____ |
| **64.** **Other intangibles, or intellectual property** | | | |
| | _____ | _____ | _____ |
| **65.** **Goodwill** | | | |
| | _____ | _____ | _____ |

**66.** **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| _____ |

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

---

Debtor    **FERRETERIAS DEL CARIBE, LLC**      Case number *(if known)* _____

     Name

---

71. **Notes receivable**

    Description (include name of obligor)

    _____    _____ – _____ = ➡    _____
                          Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    **Overpayment of IVU** _____    Tax year   **2022-2023**      **$102,950.61**

73. **Interests in insurance policies or annuities**

    _____      _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    _____      _____

    **Nature of claim**    _____

    **Amount requested**    _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    _____      _____

    **Nature of claim**    _____

    **Amount requested**    _____

76. **Trusts, equitable or future interests in property**

    _____      _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    _____      _____

    _____      _____

78. **Total of Part 11**

    Add lines 71 through 77. Copy the total to line 90.      **$102,950.61**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

Debtor    **FERRETERIAS DEL CARIBE, LLC**

     Name                   Case number *(if known)*

---

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $3,684.35 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $14,026.04 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,870.51 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | unknown | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | unknown | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | unknown | |
| 88. **Real property.** *Copy line 56, Part 9* ...................................➡ | | unknown |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $102,950.61 | |
| 91. **Total.** *Add lines 80 through 90 for each column* ..........................91a. | $123,531.51 | + 91b. _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................................ | | $123,531.51 |

Fill in this information to identify the case:

Debtor name ___FERRETERIAS DEL CARIBE, LLC___

United States Bankruptcy Court for the: District of ___Puerto Rico___
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**

Creditor's name

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien

Describe the lien

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    _____

Fill in this information to identify the case:

Debtor name        FERRETERIAS DEL CARIBE, LLC

United States Bankruptcy Court for the:

          District of Puerto Rico

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |

**2.1** Priority creditor's name and mailing address

CRIM

PO BOX 195378

SAN JUAN, PR 00919-5387

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

NOTICE ONLY

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim** $0.00     **Priority amount** $0.00

**2.2** Priority creditor's name and mailing address

FONDO DEL SEGURO DEL ESTADO

OFICINA REGIONAL SJ

PO BOX 42006

SAN JUAN, PR 00940-2006

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

NOTICE ONLY

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim** $0.00     **Priority amount** $0.00

Debtor   **FERRETERIAS DEL CARIBE, LLC**
Name

Case number *(if known)*

---

| Part 1: | Additional Page |
|---|---|

### 2.3

**Priority creditor's name and mailing address**

INTERNAL REVENUE SERVICE

P.O. BOX 7346

PHILADELPHIA, PA 19101-7346

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
NOTICE ONLY

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00            $0.00

### 2.4

**Priority creditor's name and mailing address**

MUNICIPALITY OF SAN JUAN

P.O. BOX 70179

San Juan, PR 00936

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
PATENT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,605.37            $0.00

### 2.5

**Priority creditor's name and mailing address**

PR DEPARTMENT OF LABOR

P.O. BOX 195540

SAN JUAN, PR 00918-5540

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
NOTICE ONLY

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00            $0.00

---

Debtor **FERRETERIAS DEL CARIBE, LLC**
Name

Case number *(if known)*

---

### Part 1:  Additional Page

**2.6**  Priority creditor's name and mailing address

TREASURY DEPARTMENT OF PUERTO RICO

P.O. BOX 9022501

SAN JUAN, PR 00902-2501

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(8)**

As of the petition filing date, the claim is:  $0.00        $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
NOTICE ONLY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **FERRETERIAS DEL CARIBE, LLC** | Case number *(if known)* |
| | Name | |

<div style="background:black;color:white">**Part 2:**</div> **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | **Amount of claim** |
|---|---|

**3.1** Nonpriority creditor's name and mailing address
**ALVARADO TAX & BUSINESS ADVISORS**

PO Box 195598

San Juan, PR 00919-5598

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  PROFESSIONAL SERVICES

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: $3,469.08

---

**3.2** Nonpriority creditor's name and mailing address
**CARIBBEAN TEMPORARY SERVICES**

PO Box 11873

San Juan, PR 00910-3800

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  PROFESSIONAL SERVICES

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: $466.43

---

**3.3** Nonpriority creditor's name and mailing address
**EPICOR SOFTWARE CORPORATION**

PO Box 204768

Dallas, TX 75320-4768

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SERVICES

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: $2,861.61

---

**3.4** Nonpriority creditor's name and mailing address
**FULCRO INSURANCE, INC.**

PO Box 9024048

San Juan, PR 00902-4048

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  INSURANCE PREMIUMS

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: $7,634.60

Debtor    **FERRETERIAS DEL CARIBE, LLC**                    Case number *(if known)* _____
          Name

| **Part 2:** | **Additional Page** |
|---|---|

**3.5** Nonpriority creditor's name and mailing address

**HARDWARE GROUP, INC.**

**CAGUAS REAL HOME RESORT**

**PMB 233**

**Caguas, PR 00725**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **INVENTORY**

Is the claim subject to offset?
☑ No
☐ Yes

$801.53

---

**3.6** Nonpriority creditor's name and mailing address

**INTECHSOL**

**PO Box 12065**

**San Juan, PR 00914**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PAYROLL SERVICES**

Is the claim subject to offset?
☑ No
☐ Yes

$545.00

---

**3.7** Nonpriority creditor's name and mailing address

**INVERSIONES MG, INC.**

**PO Box 29908**

**San Juan, PR 00929**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **RENT**

Is the claim subject to offset?
☑ No
☐ Yes

$68,229.70

---

**3.8** Nonpriority creditor's name and mailing address

**LOOMIS FARGO**

**EL PARAISO INDUSTRIAL PARK**

**10 GANGES ST.**

**San Juan, PR 00926**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SERVICES**

Is the claim subject to offset?
☑ No
☐ Yes

$917.54

Debtor   **FERRETERIAS DEL CARIBE, LLC**

Name

Case number *(if known)* _____

---

| **Part 2:** | **Additional Page** |

---

**3.9** Nonpriority creditor's name and mailing address

**LUIS RIVERO CUBANO**

**BO. TIERRAS NUEVAS SALIENTE**

**LOS RABANOS, CARR. 604**

**Manati, PR 00674**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REIMBURSEMENTS**

Is the claim subject to offset?
☑ No
☐ Yes

$35.65

---

**3.10** Nonpriority creditor's name and mailing address

**MAGIC TRANSPORT INC.**

**PO BOX 360729**

**SAN JUAN, PR 00936-0729**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **DELIVERY SERVICES**

Is the claim subject to offset?
☑ No
☐ Yes

$25.00

---

**3.11** Nonpriority creditor's name and mailing address

**RAFAEL VELEZ DOMINGUEZ**

**257 DORADO BEACH EAST**

**Dorado, PR 00646**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LOANS**

Is the claim subject to offset?
☑ No
☐ Yes

$821,566.67

---

**3.12** Nonpriority creditor's name and mailing address

**SMART NET**

**URB. LOS MAESTROS**

**112 ISABEL ANDREU DE AGUILAR ST.**

**San Juan, PR 00918**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset?
☑ No
☐ Yes

$1,601.68

---

Debtor    **FERRETERIAS DEL CARIBE, LLC**
_____     Case number *(if known)* _____
Name

| **Part 2:** | **Additional Page** |

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $337,063.21 |

Nonpriority creditor's name and mailing address

TRUE VALUE, LLC

3761 COLLECTION CENTER DR.

Chicago, IL 60631-3505

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:** $337,063.21

*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  INVENTORY

**Is the claim subject to offset?**
☐ No
☑ Yes

Debtor    **FERRETERIAS DEL CARIBE, LLC**                                    Case number *(if known)*
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $1,605.37 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $1,245,217.70 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $1,246,823.07 |

Fill in this information to identify the case:

Debtor name        FERRETERIAS DEL CARIBE, LLC

United States Bankruptcy Court for the:

       District of Puerto Rico

Case number (if known): _____ Chapter   7

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | PAYROLL SERVICES | ADT |
| | State the term remaining | 0 months | 1501 YAMATO ROAD |
| | List the contract number of any government contract | | Boca Raton, FL 33431 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | WASTE DISPOSAL | CONWASTE |
| | State the term remaining | 0 months | PO Box 1322 |
| | List the contract number of any government contract | | Gurabo, PR 00778 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE FINANCING | FULCRO INSURANCE, INC. |
| | State the term remaining | 0 months | PO Box 9024048 |
| | List the contract number of any government contract | | San Juan, PR 00902-4048 |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICES | INTECHSOL |
| | State the term remaining | 0 months | PO Box 12065 |
| | List the contract number of any government contract | | San Juan, PR 00914 |

Debtor    FERRETERIAS DEL CARIBE, LLC
_____
          Name

Case number *(if known)* _____

<table>
<tr><td colspan="2"><strong>Additional Page if Debtor Has More Executory Contracts or Unexpired Leases</strong></td></tr>
</table>

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5** State what the contract or lease is for and the nature of the debtor's interest — HARDWARE STORE PREMISES / Contract to be REJECTED <br><br> **State the term remaining** 93 months <br><br> **List the contract number of any government contract** _____ | INVERSIONES MG, INC. <br> PO Box 29908 <br> San Juan, PR 00929 |
| **2.6** State what the contract or lease is for and the nature of the debtor's interest — PROFESSIONAL SERVICES / Contract to be REJECTED <br><br> **State the term remaining** 0 months <br><br> **List the contract number of any government contract** _____ | LOOMIS FARGO <br> EL PARAISO INDUSTRIAL PARK <br> 10 GANGES ST. <br> San Juan, PR 00926 |

Fill in this information to identify the case:

Debtor name    **FERRETERIAS DEL CARIBE, LLC**

United States Bankruptcy Court for the: District of    **Puerto Rico**

                                            (State)

Case number (If known):

☐ Check if this is an
   amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

| 1. | **Does the debtor have any codebtors?** |
|---|---|
| | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☑ Yes |

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | LUIS RIVERO CUBANO | Street<br><br>City    State    ZIP Code | TRUE VALUE, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 | RAFAEL VELEZ DOMINGUEZ | Street<br><br>City    State    ZIP Code | TRUE VALUE, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 | | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

Official Form 206H            **Schedule H: Codebtors**            page 1 of   2

| Debtor | FERRETERIAS DEL CARIBE, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | | Street | | ☐ D |
| | | | | ☐ E/F |
| | | | | ☐ G |
| | | City        State        ZIP Code | | |
| 2.6 | | Street | | ☐ D |
| | | | | ☐ E/F |
| | | | | ☐ G |
| | | City        State        ZIP Code | | |

**Fill in this information to identify the case:**

Debtor name _____ FERRETERIAS DEL CARIBE, LLC _____

United States Bankruptcy Court for the:

_____ District of Puerto Rico _____

Case number (if known): _____     Chapter ___7___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1: Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*.................................................................................. | $0.00 |

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*............................................................................... | $123,531.51 |

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*................................................................................ | $123,531.51 |

**Part 2: Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................ | $0.00 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................ | $1,605.37 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ | + $1,245,217.70 |

4. **Total liabilities**................................................................................................. | $1,246,823.07 |

   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name _____FERRETERIAS DEL CARIBE, LLC_____

United States Bankruptcy Court for the:
_____District of Puerto Rico_____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2024 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $0.00 |
| **For prior year:** | From 01/01/2023 to 12/31/2023<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $493,311.68 |
| **For the year before that:** | From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $413,117.50 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2024 to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From 01/01/2023 to 12/31/2023<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |

Debtor  FERRETERIAS DEL CARIBE, LLC
_____  Case number *(if known)* _____
Name

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ Creditor's name _____ Street _____ _____ City          State     ZIP Code | _____ _____ _____ | _____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. LUIS RIVERO CUBANO Creditor's name BO. TIERRAS NUEVAS SALIENTE LOS RABANOS, CARR. 604 Street Manati, PR 00674 City          State     ZIP Code | _____ | $13,364.85 | REIMBURSEMENTS. SEE ATTACHMENT |
| **Relationship to debtor** _____ | | | |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **2**

Name _____ Case number *(if known)* _____

5.1. _____     _____     _____     _____
Creditor's name

_____
Street

_____

_____
City                    State    ZIP Code

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ Creditor's name | _____ XXXX–__ __ __ __ | _____ | _____ |
| _____ Street | | | |
| _____ | | | |
| _____ City         State    ZIP Code | | | |

---

**Part 3:  Legal Actions or Assignments**

---

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| 7.1. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| _____ | _____ | Name _____ | ☐ Pending |
| **Case number** | | Street _____ | ☐ On appeal |
| _____ | | _____ | ☐ Concluded |
| | | City        State    ZIP Code | |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor     FERRETERIAS DEL CARIBE, LLC _____     Case number *(if known)* _____
           Name

| 8.1. | **Custodian's name and address** | **Description of the property** | **Value** |
|---|---|---|---|

Custodian's name
_____

Street
_____

_____
City          State     ZIP Code

**Case title**
_____

**Case number**
_____

**Date of order or assignment**
_____

**Court name and address**

Name
_____

Street
_____

_____
City          State     ZIP Code

---

## Part 4:   Certain Gifts and Charitable Contributions

**9.**   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | **Recipient's name and address** | **Description of the gifts or contributions** | **Dates given** | **Value** |
|---|---|---|---|---|

Recipient's name
_____

Street
_____

_____
City          State     ZIP Code

**Recipient's relationship to debtor**
_____

---

## Part 5:   Certain Losses

**10.**   All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| | **Description of the property lost and how the loss occurred** | **Amount of payments received for the loss** If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | **Date of loss** | **Value of property lost** |
|---|---|---|---|---|
| 10.1. | _____ | _____ | _____ | _____ |

---

## Part 6:   Certain Payments or Transfers

**11.**   **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page 4

Debtor    FERRETERIAS DEL CARIBE, LLC                                          Case number *(if known)*
          Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
|  | Fuentes Law Offices, LLC | Attorney's Fee | 11/30/2023 | $3,650.00 |
|  | **Address** |  |  |  |
|  | P.O. Box 9022726 Street |  |  |  |
|  | San Juan, PR 00902-2726 City          State     ZIP Code |  |  |  |
|  | **Email or website address** |  |  |  |
|  | **Who made the payment, if not debtor?** |  |  |  |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
|  |  |  |  |  |
|  | **Trustee** |  |  |  |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Debtor  FERRETERIAS DEL CARIBE, LLC
         Name                                                          Case number *(if known)*

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|-------|----------------------------|------------------------------------------------------------------------------------|------------------------|------------------------|
|       |                            |                                                                                    |                        |                        |

| Address |
|---------|
|         |
| Street  |
|         |
|         |
| City            State    ZIP Code |

| Relationship to debtor |
|------------------------|
|                        |

---

**Part 7:  Previous Locations**

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---------|--------------------|
| 14.1. _____ | From _____ To _____ |
| Street |  |
| _____ |  |
| City            State    ZIP Code |  |

---

**Part 8:  Health Care Bankruptcies**

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|---------------------------------------------------------------------------|
| 15.1. _____ | _____ | _____ |
| Facility name |  |  |
| _____ | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| Street |  |  |
| _____ |  | *Check all that apply:* |
| City            State    ZIP Code | _____ | ☐ Electronically |
|  | _____ | ☐ Paper |

---

Debtor    FERRETERIAS DEL CARIBE, LLC                                          Case number *(if known)*
          Name

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

    Does the debtor have a privacy policy about that information?

    ☐ No

    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

    Has the plan been terminated?

    ☐ No

    ☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 ORIENTAL BANK OF PR<br>Name<br>P.O. BOX 195115<br>Street<br><br>San Juan, PR 00919<br>City   State   ZIP Code | XXXX– 0 9 4 5 | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☑ Other<br>LINE OF CREDIT | 11/06/2023 | ($201,566.67) |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor    FERRETERIAS DEL CARIBE, LLC                                    Case number *(if known)*
          Name

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|------|------|------|------|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|------|------|------|------|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|------|------|------|------|
| | | | |
| Name | | | |
| Street | | | |
| | | | |
| City          State     ZIP Code | | | |

---

**Part 12:   Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

---

Debtor    FERRETERIAS DEL CARIBE, LLC                                    Case number *(if known)*_____
                Name

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | Street _____ | _____ | ☐ On appeal |
| _____ | | _____ | ☐ Concluded |
| | City          State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| City     State    ZIP Code | City     State    ZIP Code | _____ | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| City     State    ZIP Code | City     State    ZIP Code | _____ | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor    FERRETERIAS DEL CARIBE, LLC                                    Case number *(if known)*
          Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1.

Name

Street


City              State      ZIP Code

EIN: __ __ – __ __ – __ __ __ __ __ __

**Dates business existed**

From _____     To _____

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. NAYDA ALVARADO<br>Name<br><br>32022 PALMAR DORADO NORTE, CALLE REAL<br>Street<br><br><br>Dorado, PR 00646<br>City              State              ZIP Code | From 09/01/2021    To 06/23/2023 |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1.<br>Name<br><br>Street<br><br><br>City              State              ZIP Code | From _____    To _____ |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.<br>KAREN CORDERO<br>Name<br>URB. LAS GAVIOTAS, CALLE FENIX, C15<br>Street<br><br><br>Toa Baja, PR 00949<br>City              State              ZIP Code | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor FERRETERIAS DEL CARIBE, LLC                     Case number *(if known)*
       Name

| **Name and address** |
|---|

**26d.1.**

_____
Name

_____
Street

_____

_____
City                    State          ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

**27.1.**

_____
Name

_____
Street

_____

_____
City                    State          ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| RAFAEL A. VELEZ DOMINGUEZ | 257 DORADO BEACH EAST Dorado, PR 00646 | PRESIDENT, | 0.00% |
| LUIS RIVERO CUBANO | BO. TIERRAS NUEVAS SALIENTE, LOS RABANO CARR 604 Manati, PR 00674 | MEMBER, | 40.00% |
| RAFAEL A. VELEZ PEREZ | PMB 364, 425 CARR 693, SUITE 1 Dorado, PR 00646 | SECRETARY & MEMBER, | 60.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| RAFAEL A. VELEZ DOMINGUEZ | 257 DORADO BEACH EAST Dorado, PR 00646 | MEMBER, | From 09/03/2021 To 02/05/2024 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **11**

Debtor FERRETERIAS DEL CAMPO LLC     Case number *(if known)* _____
      Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1. _____    _____   _____   _____

Name

_____

Street

_____

_____

City       State     ZIP Code

Relationship to debtor

_____

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:  Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    02/15/2024
         MM/ DD/ YYYY

X /s/ RAFAEL VELEZ DOMINGUEZ      Printed name    RAFAEL VELEZ DOMINGUEZ
  Signature of individual signing on behalf of the debtor

Position or relationship to debtor    PRESIDENT

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

---

Type: All transactions &middot; Status: All statuses &middot; Name: REMB - Luis Rivero Cubano &middot; Date: Last 365 Days

| Date | Type | No. | Payee | Category | Memo | Due date | Balance | Total |
|---|---|---|---|---|---|---|---|---|
| 01/17/2024 | Bill | E0400QGAPM | REMB - Luis Rivero Cubano | Software & apps | Microsoft E0400QGAPM | 01/17/2024 | 20.07 | 20.07 |
| 12/18/2023 | Bill | Microsoft Dic 23 | REMB - Luis Rivero Cubano | Software & apps | Microsoft E0400Q2RAA, Microsoft E0400Q2RG0 | 12/18/2023 | 15.58 | 15.58 |
| 11/28/2023 | Bill Payment (Check) | 11/29/23 2 | REMB - Luis Rivero Cubano | | | 11/28/2023 | 0.00 | -2,309.35 |
| 11/10/2023 | Journal Entry | All Tools | REMB - Luis Rivero Cubano | | To register the payment of All Tools, Inc. | 11/10/2023 | 0.00 | 1,158.90 |
| 11/09/2023 | Bill | | REMB - Luis Rivero Cubano | Memberships & subscriptions | Clasificados online julio 2023 07/16/23, agosto 2023 08/16/23, sept 2023 09/16/23 y oct 2023 10/16/23 $99.99 mensual, Microsoft 36 08/05/23, Anuncios de Meta WHTFPTPBK2 $50, WWL37UBBK2 $50, AP9UES7BK2 $17.86, LA3N3UPBK2 $27.62, RCE4FTTAK2 $50, X3QWJUBBK2 $75, KE8MAVBBK2 $29.52 | 11/09/2023 | 0.00 | 811.45 |
| 10/17/2023 | Bill | E0400PB3CN | REMB - Luis Rivero Cubano | Software & apps | Microsoft Octubre 2023 | 10/17/2023 | 0.00 | 13.94 |
| 10/17/2023 | Bill | E0400PB6P7 | REMB - Luis Rivero Cubano | Software & apps | Microsoft Octubre 2023 | 10/17/2023 | 0.00 | 73.59 |
| 09/17/2023 | Bill | E0400OWFB9 | REMB - Luis Rivero Cubano | Software & apps | Microsoft Septiembre 2023 | 09/17/2023 | 0.00 | 73.59 |
| 09/17/2023 | Bill | E0400OWLMJ | REMB - Luis Rivero Cubano | Software & apps | Microsoft Septiembre 2023 | 09/17/2023 | 0.00 | 13.94 |
| 08/17/2023 | Bill | E0400OIG4X | REMB - Luis Rivero Cubano | Software & apps | Microsoft 07/17/2023 $13.94 + $73.59 | 08/17/2023 | 0.00 | 13.94 |
| 07/31/2023 | Bill | | REMB - Luis Rivero Cubano | Social media | FB Add | 07/31/2023 | 0.00 | 150.00 |
| 07/19/2023 | Bill Payment (Check) | 07/19/2023 4 | REMB - Luis Rivero Cubano | | | 07/19/2023 | 0.00 | -182.31 |
| 07/17/2023 | Bill | | REMB - Luis Rivero Cubano | Memberships & subscriptions | Quickbooks, Microsoft 07/17/2023 $13.94 + $73.59 | 07/17/2023 | 0.00 | 182.31 |
| 07/14/2023 | Bill Payment (Check) | | REMB - Luis Rivero Cubano | | | 07/14/2023 | 0.00 | -13.94 |
| 06/17/2023 | Bill | E0400NPHDW | REMB - Luis Rivero Cubano | Software & apps | Microsoft 06/17/2023 | 06/17/2023 | 0.00 | 13.94 |
| 06/13/2023 | Bill Payment (Check) | | REMB - Luis Rivero Cubano | | | 06/13/2023 | 0.00 | -604.42 |

| Date | Type | No. | Payee | Category | Memo | Due date | Balance | Total |
|---|---|---|---|---|---|---|---|---|
| 06/07/2023 | Bill | | REMB - Luis Rivero Cubano | Social media | FB 05/15/2023 $113.26 + 05/21/2023 $4.66 + 06/06/2023 $250.00, Clasificados Online 05/16/2023, Microsoft 05/18/2023 $13.94 + $72.25, Amazon 05/17/2023, Municipio de San Juan 05/25/2023 | 06/07/2023 | 0.00 | 604.42 |
| 05/30/2023 | Bill Payment (Check) | 226940504093 433 | REMB - Luis Rivero Cubano | | | 05/30/2023 | 0.00 | -480.90 |
| 05/15/2023 | Bill | | REMB - Luis Rivero Cubano | Memberships & subscriptions | Clasificados Online 04/16/2023, Microsoft 04/18/2023 $13.94 + $86.97, FB 05/02/2023 $25.00 + 05/02/2023 $250.00 + 05/06/2023 $5.00 | 05/15/2023 | 0.00 | 480.90 |
| 05/15/2023 | Bill Payment (Check) | | REMB - Luis Rivero Cubano | | | 05/15/2023 | 0.00 | -1,528.96 |
| 04/27/2023 | Bill Payment (Check) | 37 | REMB - Luis Rivero Cubano | | | 04/27/2023 | 0.00 | -3,513.78 |
| 04/18/2023 | Bill | | REMB - Luis Rivero Cubano | Social media | FB 03/30/2023 $175.00 + 04/03/2023 $50.00 + 04/17/2023 $179.10, San Juan Printing 03/30/2023 $440.43 + 04/17/2023 $384.67, PR Departamento de Estado 04/04/2023, $181.71 + $0.26 04/07/2023, Intuit QuickBooks 04/17/2023 | 04/18/2023 | 0.00 | 1,530.95 |
| 04/12/2023 | Bill | 2817 | REMB - Luis Rivero Cubano | Improvements | Pago 50% depósito a Banderas del Caribe 12 de abril de 2023, invoice #2817 | 04/12/2023 | 0.00 | 2,673.22 |
| 04/04/2023 | Bill Payment (Check) | | REMB - Luis Rivero Cubano | | | 04/04/2023 | 0.00 | -2,265.27 |
| 03/27/2023 | Bill Payment (Check) | 226940307072 835 | REMB - Luis Rivero Cubano | | | 03/27/2023 | 0.00 | -2,465.92 |
| 03/17/2023 | Bill | E0400MHX30 | REMB - Luis Rivero Cubano | Software & apps | Microsoft: subscripción mensual Marzo 2023. | 03/17/2023 | 0.00 | 13.94 |
| 03/17/2023 | Bill | E0400MHK9N | REMB - Luis Rivero Cubano | Software & apps | Microsoft Monthly Services | 03/17/2023 | 0.00 | 86.97 |
| 03/17/2023 | Bill | | REMB - Luis Rivero Cubano | Social media | FB $25 el 27/feb + $125 el 01/mar + $5 el 06/mar + $125 el 09/mar + $63.24 el 15/mar, InTuit Quickbooks el 15 de marzo de 2023 | 03/17/2023 | 0.00 | 438.02 |
| 03/16/2023 | Bill | AE1N5A86D1 52 | REMB - Luis Rivero Cubano | Memberships & subscriptions | Clasificados Online Auth. 016699 | 03/16/2023 | 0.00 | 99.99 |
| 03/07/2023 | Bill | | REMB - Luis Rivero Cubano | Printed Material | PayPal 07marzo23 a San Juan Printing para flyers | 03/07/2023 | 0.00 | 200.64 |
| 03/01/2023 | Bill | 5U7462526Y0 254529 | REMB - Luis Rivero Cubano | Printed Material | PayPal 01marzo23 a San Juan Printing para flyers | 03/01/2023 | 0.00 | 200.64 |
| 02/23/2023 | Bill | | REMB - Luis Rivero Cubano | Repairs & Maintenance Services Labor | ATH Móvi el 02/22/23l a Jen Escobar para mantenimiento del patio | 02/23/2023 | 0.00 | 50.00 |

| Date | Type | No. | Payee | Category | Memo | Due date | Balance | Total |
|------|------|-----|-------|----------|------|----------|---------|-------|
| 02/22/2023 | Bill | 2743 | REMB - Luis Rivero Cubano | Improvements | Pago 50% depósito a Banderas del Caribe 22 de febrero de 2023, invoice #2743 | 02/22/2023 | 0.00 | 1,112.22 |
| 02/22/2023 | Bill | | REMB - Luis Rivero Cubano | Inventory Asset | #006344 Pago Conspro 02/22/2023 con MasterCard, #006937 Pago Conspro 02/22/2023 con MasterCard | 02/22/2023 | 0.00 | 2,845.50 |
| 02/21/2023 | Bill | | REMB - Luis Rivero Cubano | Social media | Facebook 21 de enero de 2023, ATH Móvil a Alexander Fuentes el 2 de febrero de 2023 para Batería Tractor Snapper, Amazon 7 de Febrero de 2023, Facebook 15 de febrero de 2023 | 02/21/2023 | 0.00 | 227.15 |
| 02/17/2023 | Bill | | REMB - Luis Rivero Cubano | Software & apps | Microsoft E0400M3PUD: subscripción mensual Enero y Febrero de 2023. Microsoft E0400M3PUC: subscripción mensual Enero y Febrero de 2023. | 02/17/2023 | 0.00 | 100.91 |
| 02/16/2023 | Bill | AF1N5A0951A4 | REMB - Luis Rivero Cubano | Memberships & subscriptions | Clasificados Online Order AF1N5A0951A4, Auth. 016537 | 02/16/2023 | 0.00 | 99.99 |
| 02/15/2023 | Bill | 1000120949288 4 | REMB - Luis Rivero Cubano | Software & apps | QuickBooks invoice 10001209492884, pago con Master Card 3221 | 02/15/2023 | 0.00 | 94.78 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**
**HATO REY DIVISION**

IN RE: **FERRETERIAS DEL CARIBE, LLC**

CASE NO

CHAPTER 7

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    02/15/2024          Signature _____ /s/ RAFAEL VELEZ DOMINGUEZ
                                       RAFAEL VELEZ DOMINGUEZ, PRESIDENT

**ADT**
1501 YAMATO ROAD
Boca Raton, FL 33431

**ALVARADO TAX & BUSINESS ADVISORS**
PO Box 195598
San Juan, PR 00919-5598

**CARIBBEAN TEMPORARY SERVICES**
PO Box 11873
San Juan, PR 00910-3800

**CONWASTE**
PO Box 1322
Gurabo, PR 00778

**CRIM**
PO BOX 195378
SAN JUAN, PR 00919-5387

**EPICOR SOFTWARE CORPORATION**
PO Box 204768
Dallas, TX 75320-4768

**FONDO DEL SEGURO DEL ESTADO**
OFICINA REGIONAL SJ
PO BOX 42006
SAN JUAN, PR 00940-2006

**FULCRO INSURANCE, INC.**
PO Box 9024048
San Juan, PR 00902-4048

**HARDWARE GROUP, INC.**
CAGUAS REAL HOME RESORT
PMB 233
Caguas, PR 00725

**INTECHSOL**
PO Box 12065
San Juan, PR 00914

**INTERNAL REVENUE SERVICE**
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

**INVERSIONES MG, INC.**
PO Box 29908
San Juan, PR 00929

**LOOMIS FARGO**
EL PARAISO INDUSTRIAL PARK
10 GANGES ST.
San Juan, PR 00926

**LUIS RIVERO CUBANO**
BO. TIERRAS NUEVAS SALIENTE
LOS RABANOS, CARR. 604
Manati, PR 00674

**LUIS RIVERO CUBANO**

**MAGIC TRANSPORT INC.**
PO BOX 360729
SAN JUAN, PR 00936-0729

**MUNICIPALITY OF SAN JUAN**
P.O. BOX 70179
San Juan, PR 00936

**PR DEPARTMENT OF LABOR**
P.O. BOX 195540
SAN JUAN, PR 00918-5540

**RAFAEL VELEZ DOMINGUEZ**
257 DORADO BEACH EAST
Dorado, PR 00646

**RAFAEL VELEZ DOMINGUEZ**

**SMART NET**
URB. LOS MAESTROS
112 ISABEL ANDREU DE AGUILAR ST.
San Juan, PR 00918

**TREASURY DEPARTMENT OF PUERTO RICO**
P.O. BOX 9022501
SAN JUAN, PR 00902-2501

**TRUE VALUE, LLC**
3761 COLLECTION CENTER DR.
Chicago, IL 60631-3505